People v Sunderland (2025 NY Slip Op 01561)

People v Sunderland

2025 NY Slip Op 01561

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND HANNAH, JJ. (Filed Mar. 14, 2025.) 

KA 24-00673.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
THOMAS M. SUNDERLAND, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford , 71 AD2d 38 [4th Dept 1979]). (Appeal from Judgment of Cayuga County Court, Jon E. Budelmann, A.J. - Criminal Contempt, 1st Degree).